MANHATTAN SAVINGS BANK, Respondent, v. SADIE C. WIBOM, Appellant, et al., Defendants.—

Present — Close, P. J., Carswell, Johnston, Adel and Taylor, JJ.

KATHRYN MISSALL et al., Respondents, v. JOSEPH A. PALMA, as President of the Borough of Richmond, et al., Appellants.—

Present — Hagarty, Carswell, Adel, Taylor and Lewis, JJ.

MOORE FABRIC COMPANY, Respondent, v. IRVING J. TULLER et al., Copartners under the Name of ROSENSTEIN BROS., Appellants.—

No opinion. Hagarty, Carswell, Johnston, Adel and Lewis, JJ., concur.

MAE NEDWELL et al., Appellants, v. ADELE M. GREEN, Respondent.—

Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK KIRSCH, Appellant.—

No opinion. Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL MARGIOTTA, Appellant.—

No opinion. Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.